JOHN W. HUBER, United States Attorney (#7226)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS ROSSI,<br>aka NICHOLAS ALAHVERDIAN,<br><br>Defendant. | COMPLAINT - 2:21mj01-DAO<br><br>VIO. 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution.<br><br>Judge Daphne A. Oberg |

Before the Honorable Daphne A. Oberg, United States Magistrate Court Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT I**
**18 U.S.C. § 1073**
**(Unlawful Flight to Avoid Prosecution)**

On or about December 3, 2019, in the Central Division of the District of Utah,

NICHOLAS ROSSI,
aka NICHOLAS ALAHVERDIAN,

the defendant herein, did, move and travel in interstate commerce, to wit, from Utah County, Utah, in the Central Division of the District of Utah, to a point outside the State of Utah's jurisdiction, with intent to avoid prosecution under the laws of the State of Utah for the offense of rape, in violation of Utah Code Ann. § 76-5-402; all in violation of 18 U.S.C. § 1073.

This complaint is made on the basis of investigation consisting of the following: I, Derek Coats, having been duly sworn, state as follows:

1. The facts contained in this Affidavit are based on information I gathered personally and received from other law enforcement officers, agencies, and sources of information. The United States is investigating a fugitive matter that concerns a violation of 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution (UFAP). This Affidavit is in support of an arrest warrant for NICHOLAS ROSSI.

2. I am a commissioned law enforcement officer for the Utah Department of Public Safety – State Bureau of Investigation (hereinafter referred to as SBI). I currently investigate cold case sexual assaults and crimes against children. I am also a task force officer with the FBI – Child Exploitation Task Force (hereinafter referred to as CETF), duly appointed according to law and acting as such. I have a total of over 26 years of experience as a law enforcement officer. I have been involved in hundreds of investigations including aggravated assaults, bank robberies, adult sex assaults, and

crimes against children. I am currently assigned as the lead investigator in the fugitive case of NICHOLAS ROSSI.

3. I have personally reviewed police reports from law enforcement agencies in Utah, Ohio, Rhode Island, and Massachusetts. Each report contained similar fact patterns where NICHOLAS ROSSI is listed as the offender in each case.

4. Statements taken from NICHOLAS ROSSI indicate that he has traveled between states where crimes have been documented and he has no consistent address.

5. NICHOLAS ROSSI is a convicted sex offender out of Dayton Ohio Municipal Court, case 2008-CRB-00179901799, for the charge of sexual imposition and public indecency. NICHOLAS ROSSI is currently non-compliant sex offender out of Rhode Island, under Sex Offender Notification and Registry.

6. I spoke with Special Agent Ken Howard, an FBI Agent, on December 3, 2019. Special Agent Ken Howard advised that as a result of an investigation conducted by their office, they believe NICHOLAS ROSSI has fled to Ireland, where NICHOLAS ROSSI has indicated he believes there is no current extradition with the United States.

7. I have personally examined the certified copy of the Fourth District Court of the State of Utah, in Utah County, arrest warrant charging NICHOLAS ROSSI (aka NICHOLAS ALAHVERDIAN) with rape, in violation of Utah Code Ann. § 76-5-402.

Based on the foregoing information, your affiant respectfully requests that an arrest warrant be issued for NICHOLAS ROSSI for violations of 18 U.S.C. § 1073.

DATED this 5th day of January, 2021.

DEREK COATS, Affiant
TFO – Federal Bureau of Investigations

SUBSCRIBED AND SWORN to before me this 6th day of January, 2021.

DAPHNE A. OBERG
United States Chief Magistrate Judge

APPROVED:

JOHN W. HUBER
United States Attorney

CAROL A. DAIN
Assistant United States Attorney